# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-1325

_____

JKW Enterprises, LLC, an Iowa Corporation

*Plaintiff - Appellant*

v.

State Farm Fire and Casualty Company

*Defendant - Appellee*

_____

No. 24-1330

_____

JKW Enterprises, LLC, an Iowa Corporation

*Plaintiff - Appellant*

v.

State Farm Fire and Casualty Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 13, 2025
Filed: February 19, 2025
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In each of these consolidated cases, JKW Enterprises, LLC, appeals following the district court's[1] denial of its motion for relief from judgments under Federal Rule of Civil Procedure 60(b)(1). Having jurisdiction under 28 U.S.C. § 1291, this court affirms the consolidated appeals.

After careful review, this court finds no abuse of discretion in denying the motions to set aside the judgments dismissing both complaints due to lack of counsel. *See Giles v. Saint Luke's Northland-Smithville*, 908 F.3d 365, 368 (8th Cir. 2018) (per curiam) (denial of Rule 60(b) motion is reviewed for abuse of discretion, which is only found when district court's judgment was based on clearly erroneous fact finding or erroneous conclusions of law; reversal is rare because relief under Rule 60 is only authorized in most exceptional cases).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Kelly K.E. Mahoney, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).